# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

129424

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THERESA LYNN SAMOSIUK,
      Plaintiff-Appellee,

v

STEVEN WALLACE SAMOSIUK,
      Defendant-Appellant.

SC: 129424
COA: 260612
Oakland CC: 99-620997-DM

_____/

On order of the Court, the application for leave to appeal the June 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724